UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN GATOV,

    Plaintiff,

vs.                                              Case No. 08-CV-12901
                                              HON. GEORGE CARAM STEEH

AETNA LIFE INSURANCE CO., et al.,

    Defendants.

_____/

## ORDER DENYING IN PART PLAINTIFF'S MOTION AND AMENDED MOTION FOR ENTRY OF DEFAULT JUDGMENT (#19, #20) AS AGAINST DEFENDANT HEWITT ASSOCIATES, LLC ONLY

Plaintiff Carolyn Gatov filed a motion for entry of default judgment, and an amended motion for entry of default judgment, on August 19 and 20, 2008 against defendants Hewitt Associates, LLC and Chrysler LLC. Gatov filed a supplemental brief on August 22, 2008 asking the court to "dismiss" the motions as they relate to Hewitt Associates, LLC only. Accordingly,

Gatov's motion for entry of default judgment and amended motion for entry of default judgment is hereby DENIED, IN PART, as to defendant Hewitt Associates, LLC ONLY. The motions remain pending as they related to defendant Chrysler, LLC.

    SO ORDERED.

Dated: August 25, 2008

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 25, 2008, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk