UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN GATOV,

    Plaintiff,

vs.

Case No. 08-CV-12901
HON. GEORGE CARAM STEEH

AETNA LIFE INSURANCE COMPANY,
HEWITT ASSOCIATES, LLC, CHRYSLER, LLC,
and JUDITH CRUICKSHANK,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFF LEAVE TO FILE A SUR-REPLY BRIEF, GRANTING PLAINTIFF LEAVE TO CONDUCT LIMITED DISCOVERY RELATIVE TO NON-PARTY MERRILL LYNCH, AND HOLDING THIS MATTER IN ABEYANCE THROUGH DECEMBER 8, 2008

Pursuant to a status conference held on November 17, 2008,

IT IS ORDERED that plaintiff Carolyn Gatov is hereby GRANTED leave to file a sur-reply brief to defendant Chrysler, LLC's September 30, 2008 reply brief (#38) on or before December 8, 2008.

IT IS FURTHER ORDERED that plaintiff Carolyn Gatov may conduct limited third-party discovery relative to Merrill Lynch.

IT IS FURTHER ORDERED that this matter shall be held in abeyance through December 8, 2008 to allow pro se defendant Judith Cruickshank an opportunity to secure legal counsel. The court makes clear that Judith Cruickshank has the right to continue in these proceedings pro se, and if she elects to do so, Cruickshank may be required to personally attend future conferences and hearings.

    SO ORDERED.

Dated: November 18, 2008

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 18, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk